IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KAMAL SYLVESTER,

      Appellant,

 v.

Case No.  5D22-747
LT Case No. 2007-2323-CFB

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 30, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Kamal Sylvester, Crawfordville, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.